# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROBERT MELNYK, | 1:07-CV-00335 OWW NEW (DLB) HC |
| Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| MICHAEL KNOWLES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **April 6, 2007**              **/s/ Dennis L. Beck**
23ehd0                                          UNITED STATES MAGISTRATE JUDGE